UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| CHRISTOPHER COKER, | : | |
|          Petitioner, | : | |
| | : | |
| v. | : | No. 2:18-cv-3385 |
| | : | |
| THERESA DELBASO, THE DISTRICT | : | |
| ATTORNEY OF THE COUNTY OF | : | |
| PHILADELPHIA, and THE ATTORNEY | : | |
| GENERAL OF THE STATE OF | : | |
| PENNSYLVANIA, | : | |
|          Respondents. | : | |

_____

**O R D E R**

**AND NOW**, this 10th day of April, 2020, for the reasons set forth in the Opinion issued

this date, **IT IS HEREBY ORDERED THAT:**

1.     The Petitioner's objections to the report and recommendation, *see* ECF No. 16,

are **OVERRULED.**

2.     The report and recommendation, *see* ECF No. 11, is **APPROVED and**

**ADOPTED.**

3.     The petition for a writ of habeas corpus, *see* ECF No. 2, is **DENIED and**

**DISMISSED.**

4.     This case is **CLOSED.**

5.     There is no basis for the issuance of a certificate of appealability.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge.